**ORIGINAL**

**FILED**
SEP 29 2014
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| LOCH HARBOUR GROUP, INC. ) | |
| Plaintiff, ) | Case No. 14-922C |
| v. ) | |
| THE UNITED STATES, ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Loch Harbour Group, Inc. ("LHG"), by and through its undersigned counsel, hereby respectfully requests leave of this Court to file under seal the Complaint and the Memorandum of Points and Authorities in Support that accompany this Motion. The Complaint and Memorandum contain proprietary information that LHG seeks to protect from public scrutiny. Accordingly, LHG respectfully requests leave to file the Complaint and Memorandum under seal in this Court. LHG intends to request that this Court issue its own standard Protective Order governing this information in the coming days to safeguard the proprietary and confidential information of the parties to this litigation that is likely to be disclosed orally and/or in writing during the course of this matter.

DATE: September 29, 2014

Lee Dougherty
OFFIT KURMAN, P.A.
8000 Towers Crescent Drive, Suite 1450
Tysons Corner, Virginia 22182
Tel: (703) 745-1819
Fax: (703) 745-1835
ldougherty@offitkurman.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __29__ day of September, 2014, I caused a true and accurate copy of the foregoing to be served upon:

Shelley D. Wegler
Department of Justice
Commercial Litigation Division, Commercial Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20005
Nationalcourts.bidprotest@usdoj.gov
Shelley.d.wegler@usdoj.gov

Lee Dougherty
OFFIT KURMAN, P.A.
8000 Towers Crescent Drive, Suite 1450
Tysons Corner, Virginia 22182
Tel: (703) 745-1819
Fax: (703) 745-1835
ldougherty@offitkurman.com

4848-9672-3486, v. 1