# In the United States Court of Federal Claims

No.14-922C
(Filed: November 20, 2014)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LOCH HARBOUR GROUP, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

    Pending is defendant's motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the Court of Federal Claims ("RCFC"). Plaintiff does not oppose the motion because the agency took corrective action, which affords plaintiff the relief it sought and renders plaintiff's case moot. Thus, we hereby grant defendant's unopposed motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction under RCFC 12(b)(1). Accordingly, plaintiff's motion for judgment on the administrative record is also rendered moot and is denied. Intervenor's motion to stay is likewise denied as moot. The Clerk's Office is directed to enter judgment in accordance with this order. No costs.

                                              s/ Eric G. Bruggink
                                              ERIC G. BRUGGINK
                                              Judge